**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF JUNE 7, 2016**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------
**WD78305**      **Robert E. Smith vs. State of Missouri**
**WD79086**      **Brenda King, et al vs. automobile Club Inter-Ins. Exchange**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------
**None**